# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KAREN PIETRZAK,

       Plaintiff,                          Civil Action No. 3:11cv074

vs.

COMMISSIONER OF                     Judge Timothy S. Black
SOCIAL SECURITY,                     Magistrate Judge Michael J. Newman

       Defendant.

## ORDER

The Court is in receipt of Plaintiff's *pro se* Memorandum response to the Court's recent Show Cause Order (docs. 14, 15).  The Court finds the Show Cause Order satisfied and, therefore, it is **RESCINDED.**

The Court has liberally construed Plaintiff's Show Cause Memorandum, along with the attached documents, and assumes Plaintiff intends that the Memo and documents will constitute her Statement of Errors.  The Court advises Plaintiff that the current General Order concerning Social Security cases (Sixth Amended Magistrate Judges' General Order No. 11, dated September 1, 2011) explains in detail the format for a Statement of Errors.  As presently drafted, Plaintiff's Show Cause Memorandum does not appear to be compliance with that General Order.

In the interest of justice, Plaintiff is afforded **THIRTY (30) DAYS** from the issuance of this Order in which to file a more detailed Statement of Errors and any other documents she seeks to have reviewed in this appeal.  To that end, the Clerk of Courts is **ORDERED** to provide Plaintiff

with a copy of General Order No. 11. That Order shall serve to advise Plaintiff of the format and issues typically presented in a Statement of Errors.

The Commissioner shall file his Memorandum in Opposition **WITHIN THIRTY (30) DAYS** thereafter.

The Court anticipates that these deadlines will be adhered to by both sides, and that no extensions of time will be sought by either side.

The Clerk is instructed to mail a copy of this order to the *Pro Se* plaintiff at the address listed on the docket.

**IT IS SO ORDERED.**


November 1, 2011                                                     s/ **Michael J. Newman**
                                                                     United States Magistrate Judge