UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

KAREN PIETRZAK,

        Plaintiff,                              Case No. 3:11-cv-0074

vs.

COMMISSIONER OF                    Judge Timothy S. Black
SOCIAL SECURITY,                     Magistrate Judge Michael J. Newman

        Defendant.

## ORDER

In response to the Court's November 1st Order (doc. 16), *pro se* Plaintiff has elected not to file a more detailed Statement of Errors. Accordingly, her previously-filed Show Cause Memorandum and attached documents (doc. 15) shall constitute her Statement of Errors.

The Commissioner shall file a responsive Memorandum in Opposition on or before **December 31, 2011.** The Commissioner shall address in that brief, among other issues, whether the disability onset date, used to calculate Plaintiff's benefits award, is supported by substantial evidence.

**IT IS SO ORDERED.**

December 2, 2011                                                  s/ **Michael J. Newman**
                                                                  United States Magistrate Judge