IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN PIETRZAK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

    Defendant.

Case No. 3:11-cv-74

Judge Timothy S. Black

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 2/9/12

Timothy S. Black
United States District Judge