# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**KAREN PIETRZAK,**

    Plaintiff,

                          **CASE NO.    3:11-CV-074**

**-vs-**

                          **Judge Timothy S. Black**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE
---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be supported by substantial evidence, and is **AFFIRMED**; and that the case is **CLOSED**.

Date:  February 15, 2012                      **JAMES BONINI, CLERK**

                                          By: <u>s/ M. Rogers</u>
                                          Deputy Clerk